

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00634-CV

**IN THE INTEREST OF L.A.T.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01149
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

Appellant J.H. appeals from a judgment terminating his parental rights to his child, L.A.T. In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are taxed against appellant because he qualifies as indigent. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED November 29, 2023.

Liza A. Rodriguez, Justice